09-151089

IN THE UNITED STATES DISTRICT CIRCUIT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| Paul Reyes )<br>      Plaintiff, )<br>)<br>V )<br>)<br>Shelter Mutual Insurance Company and )<br>Justin Shaw )<br>      Defendant. ) | No.: 1:10-CV-01003-JDB-egb |

## AMENDED NOTICE OF SETTLEMENT

Please take notice that the above captioned matter has been settled, and therefore the hearing on pending motions set for September 30, 2010 may be removed from the court's docket. Previously a Notice of Settlement was filed in this cause, however, subsequently a *pro se* Motion to Set Aside the settlement was filed by the Plaintiff. The Defendants responded to the Plaintiff's Motion to Set Aside and filed a Motion to Enforce the settlement. All these issues have been resolved. The only remaining issue in this cause is the lien for the attorney fee of previous counsel, Greg Alford. It is anticipated that issues involving this lien will be resolved upon finality of state court proceedings regarding the same. At that time, a final Order of Dismissal will be entered in this cause. Should the parties be unable to resolve the attorney's lien in the separate state court proceedings, the parties will file an appropriate request with this court to set a hearing or brief the same.

This the 20 day of September, 2010.

Respectfully submitted,

**WALDROP & HALL, P. A.**

By:    s/ John S. Little
           John S. Little (#014941)
           Attorney for Defendants
           106 South Liberty Street
           P.O. Box 726
           Jackson, Tennessee 38302
           (731) 424-6211
           Email:  littlej@waldrophall.com

CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system.

                                                     s/ John S. Little  
                                                     WALDROP & HALL, P.A.

Date:    September 20, 2010