09-151089

IN THE UNITED STATES DISTRICT CIRCUIT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| Paul Reyes ) | |
|     Plaintiff, ) | |
| ) | |
| V ) | No.: 1:10-CV-01003-JDB-egb |
| ) | |
| Shelter Mutual Insurance Company and ) | |
| Justin Shaw ) | |
|     Defendant. ) | |

### ORDER OF DISMISSAL

This matter came to be heard upon the Joint Motion of the parties to dismiss this action, based on their signatures below.  Based upon the Joint Motion and the entire record in this cause, the Court is of the opinion that all matters in controversy between the parties including, but not limited to all currently pending Motions have been resolved by agreement.  Therefore, the Court is of the opinion that this case should be dismissed in its entirety.  Finally, the attorney's lien of Greg Alford currently on file in this cause is rendered moot in that all settlement proceeds available to the Plaintiffs have been paid to attorney Greg Alford in partial satisfaction of his claim for attorney fees.

    IT IS SO ORDERED:

    The 18th day of October, 2010.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: s/John S. Little
John S. Little, (#014941)
WALDROP & HALL, P.A.
Attorneys for Defendants
106 South Liberty Street
Jackson, Tennessee 38301
Phone (731) 424-6211
Email: littlej@waldrophall.com


By: s/David Lynn Hamblen
David Lynn Hamblen (#010234)
303 West Church Street
Union City, TN 38261-3709
Phone (731) 885-5555
Email: hamblenlaw@charter.net


By: s/Greg Alford
Greg Alford (#015966)
173 North Church Avenue
Dyersburg, TN 38024-4620
Phone (731) 287-7020
Email: alfordlaw@cableone.net