# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

Paul Reyes,
Plaintiff,

CASE NUMBER: 1:10-cv-1003-B

v.

Shelter Mutual Insurance Company and
Justin Shaw,
Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 10/18/2010, this case is hereby Dismissed.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**